# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 12-273 (1) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Roderick Arlyn Sayers, a/k/a "Mister," | |
| Defendant. | |

---

Before the Court is Defendant's Objection to the February 6, 2013, Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, in which Judge Brisbois has recommended the denial of Defendant's Motion to Suppress Statements, Admissions and Answers. Having conducted a de novo review of the Report and Recommendation and the Objections thereto, the Court is satisfied that Judge Brisbois's recommended disposition is fully supported by the factual record before him and the controlling legal authorities.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objection (Doc. No. 38) is **OVERRULED**;

2. The Report and Recommendation (Doc. No. 36) is **ADOPTED**; and

3. Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 20) is **DENIED**.

Dated: March 4, 2013

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge